# Order

Michigan Supreme Court
Lansing, Michigan

September 3, 2013

147149

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEITH LOREN SIVERTSEN,
      Defendant-Appellant.

SC: 147149
COA: 309565
Kent CC: 11-009766-FH

_____/

      On order of the Court, the application for leave to appeal the April 18, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

h0826